ORDERED.

Dated: June 20, 2024

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 8:24-bk-02592-CED |
| | Chapter 13 |
| ERIC V. FULLGRAF | |
| Debtor(s)[1] | |
| _____/ | |

**ORDER ON TRUSTEE'S MOTION TO DISMISS CASE**
**FOR FAILURE TO COMPLY WITH THE COURT'S ADMINISTRATIVE**
**ORDER AND FAILURE TO FILE ALL REQUIRED TAX RETURNS (DOC. NO. 12)**

THIS MATTER came on for the purpose of the entry of on appropriate Order in the above styled Chapter 13 Case, upon the Trustee's Motion to Dismiss for Failure to Comply with the Court's Administrative Order and Failure to File All Required Tax Returns (Doc. No. 12). The Court, having reviewed the motion and based upon the facts set forth therein, it is

**ORDERED:**

1.      The Court will reserve ruling on the Trustee's Motion to Dismiss Case for Failure to Comply with the Court's Administrative Order and Failure to File All Required Tax Returns (Doc. No. 12).

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

2.      The Debtor shall attend a Section 341 Meeting of Creditors, on August 9, 2024 at 11:00 a.m., which meeting shall be held via Zoom. Go to **Zoom.us/join**, enter **Meeting ID: 678 206 0440**, and **Passcode: 9833067429 or Call Number: 813-586-4522**. Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee <u>in advance</u> of the meeting and in the manner directed by the Trustee. Identification documents cannot be accepted at the meeting. Failure to attend shall constitute a willful failure of the Debtor to abide by an Order of the Court.

3.      The Debtor shall provide to the Chapter 13 Trustee, no later than seven (7) days before the rescheduled Meeting of Creditors, copies of their most recent two years tax returns.

4.      The Debtor shall also provide to the Chapter 13 Trustee, no later than seven (7) days before the rescheduled Meeting of Creditors, copies of all payment advices (paystubs, etc.) for the six (6) month period prior to filing their Petition under Chapter 13.

5.      The Debtor shall file all tax returns with the Internal Revenue Service for the tax year(s) 2018, 2019, 2020, 2021, 2022 and 2023, as required pursuant to 11 U.S.C. §1308, and provide copies of said tax returns to the Trustee, prior to the rescheduled Section 341 Meeting of Creditors referenced in Paragraph 2 herein.

6.      The Debtor shall file amended schedules to list all of Debtor's assets, including, but not limited to, household goods and furnishings, electronics, jewelry and hobby and sports equipment prior to the date of the rescheduled Section 341 Meeting of Creditors.

7.      In the event the Debtor fails to comply with the requirements of Paragraph 2, 3, 4, 5 and 6 above, their case shall be DISMISSED and the Trustee shall submit the appropriate documents closing this case for failure to follow Court Orders.

8.	In the event the Debtor complies with all of the requirements of Paragraph 2, 3, 4, 5 and 6 above, the Trustee will submit and the Court will enter an Order denying the Trustee's Motion to Dismiss as moot.

Trustee Kelly Remick is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.
KR/WCH/jn                                                                                                          C13T 6/18/24