

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/15/2024 01:30 PM

COURTROOM   9A

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:24-bk-02592-CED** | 13 | **05/06/2024** |

**Chapter 13**

**DEBTOR:**   Eric Fullgraf

**DEBTOR ATTY:**   Charles Stohlman

**TRUSTEE:**   Kelly Remick

**HEARING:**

Initial/Confirmation Hearing

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Initial/Confirmation Hearing   -   Continued to 12/9/2024 at 1:35 pm, Announced in Open Court No Further Notice Given
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.