# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

ERIC V. FULLGRAF,

    Debtor.

_____/

Case No.: 8:24-bk-02592-CED

Chapter 13

## LIMITED OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

Creditor, CITY OF LAKELAND ("Lakeland") hereby files this limited objection to Confirmation of Debtors' Chapter 13 Plan [D.E. 2] filed by the Debtor, Eric V. Fullgraf (the "Debtor").

### Background

1. Lakeland filed Proofs of Claim Nos. 4 – 14, which total $263,416.31 and are related to code enforcement liens on 302 E. Belvedere St., Lakeland, Florida.

2. The Debtor doesn't appear to have sufficient income or means to satisfy or repay Lakeland's code enforcement liens through his Plan.

3. The Debtor's Plan [D.E. 2] provides that the amount of code enforcement liens is disputed and the payment through the Plan is undetermined. The nature of the Debtor's dispute is unknown and has yet to be adjudicated.

WHEREFORE, Lakeland respectfully requests that the debtor's Plan not be confirmed until the Debtor's dispute of Lakeland's code enforcement liens is articulated and it is determined how the Debtor can fund any repayment of the code enforcement liens through the Plan (if at all) and to provide such other relief the Court deems appropriate.

                */s/ John M. Brennan, Jr.*
                JOHN M. BRENNAN, JR.
                Florida Bar No. 0098456
                GrayRobinson, P.A.
                301 E. Pine Street, Suite 1400
                Orlando, Florida 32801
                Jack.Brennan@Gray-Robinson.com
                (407) 843-8880 Telephone
                (407) 244-5690 Facsimile
                *Counsel for City of Lakeland*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic notice to CHARLES T. STOHLMAN, The Stohlman Law Firm, LLC., (Charless@cstohlmanlaw.com), 120 E Pine Street, Suite 7, Lakeland, FL 33801 *(Counsel for Debtor)*, and Kelly Remick, Chapter 13 Standing Trustee, Post Office Box 89948, Tampa, Florida 33689, on this 25th day of November 2024.

                */s/ John M. Brennan, Jr.*
                JOHN M. BRENNAN, JR.