

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/09/2024 01:35 PM

COURTROOM   9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:24-bk-02592-CED | 13 | 05/06/2024 |

**Chapter 13**

**DEBTOR:**   Eric Fullgraf

**DEBTOR ATTY:**   Charles Stohlman

**TRUSTEE:**   Kelly Remick

**HEARING:**

Continued Confirmation Hearing
- Limited Objection to Confirmation of Debtors' Chapter 13 Plan Filed by John M. Brennan on behalf of Creditor City of Lakeland (related document(s)[2]). (Brennan, John). Related document(s) [2], [21]. Modified on 11/26/2024 (Scanlon, Ryan). Doc #22

**APPEARANCES::** Lydia Gazda, John Brennan

**WITNESSES:**

**EVIDENCE:**

**RULING:**   (J)
Continued Confirmation Hearing  -  Continued to 1/13/2025 at 2:00 pm O/Gazda

- Limited Objection to Confirmation of Debtors' Chapter 13 Plan Filed by John M. Brennan on behalf of Creditor City of Lakeland (related document(s)[2]). (Brennan, John). Related document(s) [2], [21]. Modified on 11/26/2024 (Scanlon, Ryan). Doc #22 - Sustained, debtor to cure violations within 14 days and Lakeland will file an amended proof of claim O/Brennan
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.