ORDERED.

**Dated:  December 28, 2024**

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

ERIC V. FULLGRAF,

Debtor.
_____/

Case No.: 8:24-bk-02592-CED

Chapter 13

**ORDER SUSTAINING CITY OF LAKELAND'S LIMITED OBJECTION TO**
**CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN [D.E. 22]**

This case came on before the Court for a hearing on December 9, 2024, upon the Continued

Confirmation Hearing and the Limited Objection to Confirmation [D.E. 22] (the "Objection") filed

the City of Lakeland (the "City of Lakeland").  The Court, having reviewed the Objection, and

having found good cause exists to sustain the Objection, it is:

**ORDERED:**

1.      The Objection is **SUSTAINED**.

2.      The Debtor shall cure all code enforcement violations on 302 E. Belvedere St.,

Lakeland, Florida within fourteen (14) days of this Order and thereafter the City of Lakeland will

file amended proofs of claims, if applicable.

3.      A continued confirmation hearing will occur on January 13, 2025.

# # #

Submitted by:
John M. Brennan, Jr.
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802-3068
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
*Jack.brennan@gray-robinson.com*
*Counsel for City of Lakeland*

ATTORNEY BRENNAN IS DIRECTED TO SERVE COPIES OF THIS ORDER ON INTERESTED PARTIES AND FILE A PROOF OF SERVICE WITHIN THREE (3) DAYS OF ENTRY OF THE ORDER.