

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/13/2025 02:00 PM

COURTROOM 9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:24-bk-02592-CED | 13 | 05/06/2024 |

**Chapter 13**

**DEBTOR:** Eric Fullgraf

**DEBTOR ATTY:** Charles Stohlman

**TRUSTEE:** Kelly Remick

**HEARING:**

*2nd Continued Confirmation Hearing

**APPEARANCES:**: James Hubbard, Lydia Gazda, Jack Brennan

**WITNESSES:**

**EVIDENCE:**

**RULING:**
*2nd Continued Confirmation HearingRULING: -   Continued to 2/24/2025 at 2:00 pm O/Trustee
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.