ORDERED.

Dated:  January 31, 2025

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                                            Case No. 8:24-bk-02592-CED
                                                                  Chapter 13
ERIC V. FULLGRAF

Debtor(s)[1]
_____/

**ORDER CONTINUING AND RESCHEDULING CONFIRMATION**
**HEARING AND HEARING ON OBJECTIONS TO CONFIRMATION**

THIS CASE came on for a duly-scheduled Confirmation Hearing on January 13, 2025 and it appearing that more time was required to consider confirmation, and the Court, having heard argument of counsel and being otherwise duly advised in the circumstances, it is

**ORDERED:**

1.      The Confirmation Hearing and Hearing on Objections to Confirmation is hereby rescheduled to February 24, 2025 at 2:00 p.m., before the Caryl E. Delano, United States Bankruptcy Judge, in Courtroom 9A at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602.

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/delano.

3. The Trustee notes in connection with confirmation that the claim(s) of the City of Lakeland are not clearly addressed in the plan, which provides for these claims currently under section 5(b). The City's objection on this basis was sustained by the Court at hearing and a separate order has been submitted by the City in these regards (Doc. No. 26).

4. **Debtor's counsel must appear at the continued hearing either by Zoom or in Person.**

Trustee Kelly Remick is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.
KR/LMG/tem                                                                                          1/30/2025