ORDERED.

Dated: April 16, 2025

/s/ Caryl E. Delano
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

ERIC V. FULLGRAF,

       Debtor.
_____/

Case No.: 8:24-bk-02592-CED

Chapter 13

**ORDER CONTINUING CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

This case came on before the Court for a hearing on February 24, 2025, upon the Continued Confirmation Hearing and it appearing that more time was needed for the Debtor to attempt to resolved the code enforcement liens with the City of Lakeland (the "City of Lakeland"), and the Court, having heard argument of counsel and being otherwise duly advised in the circumstances, it is:

1

**ORDERED:**

1. The City of Lakeland shall provide the Debtor with reasonable assurance of the amount that will be due to the City of Lakeland, after any applicable lien forgiveness, determined in its sole discretion and in its normal course, if all pending code enforcement violations are cured and the property is brought into compliance before the continued confirmation hearing. Upon the cure of all pending code enforcement violations and when the property is brought into compliance, the City of Lakeland shall amend its proof of claim accordingly.

2. A continued confirmation hearing will occur on April 28, 2025 at 2 p.m.

# # #

Submitted by:
John M. Brennan, Jr.
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802-3068
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
*Jack.brennan@gray-robinson.com*
*Counsel for City of Lakeland*

ATTORNEY BRENNAN IS DIRECTED TO SERVE COPIES OF THIS ORDER ON INTERESTED PARTIES AND FILE A PROOF OF SERVICE WITHIN THREE (3) DAYS OF ENTRY OF THE ORDER.